# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

CENTRAL NEW YORK LABORERS' HEALTH AND WELFARE FUND, by Janet M. Moro, as Fund Administrator; CENTRAL NEW YORK LABORERS' PENSION FUND, by Janet M. Moro, as Fund Administrator; CENTRAL NEW YORK LABORERS' ANNUITY FUND, by Janet M. Moro, as Fund Administrator; CENTRAL NEW YORK LABORERS' TRAINING FUND, by Janet M. Moro, as Fund Administrator; and CONSTRUCTION AND GENERAL LABORERS' LOCAL UNION NO. 633, by Gabriel M. Rosetti, III, as Business Manager

       Plaintiff(s)
  vs.

CASE NUMBER: 5:11-CV-0845

LaBARGE BROTHERS CO., INC. and STEPHEN H. LaBARGE, Individually and as an Officer of LaBarge Brother Co., Inc.

       Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That judgment by default is entered in favor of the Plaintiffs and against the Defendants LaBarge Brothers Co., Inc., and Stephen H. LaBarge, Individually and as an Officer of LaBarge Brothers Co., Inc., for the sum of $52,359.54, plus interest thereon at the rate provided for by 28 U.S.C. Section 1961(a).

All of the above pursuant to the order of the Honorable Judge HON. DAVID N. HURD, dated the 23rd day of December, 2011.

DATED: December 23, 2011

                                                     Clerk of Court

                                                     s/
                                         Christine Mergenthaler
                                         Deputy Clerk